**FILED**
2004 DEC 16 P 1:20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : CRIM. #: 3:01CR00153(SRU) |
| KEITH SMITH | : DECEMBER 14, 2004 |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On August 9, 2002, the Court, pursuant to the order annexed hereto, found the Defendant to have violated his supervised release and sentenced him to a term of imprisonment of 18 months, followed by a new term of supervised release of 3 years.

The Defendant completed his period of incarceration on November 28, 2003 and has been on supervised release ever since.

On or about December 6, 2004, United States Probation Officer Joseph Zampano called the undersigned and recommended the preparation of this motion, due to Mr. Smith's extraordinary success during his first year of supervised release.

WHEREFORE, the undersigned, on behalf of the Defendant, requests that the Balance of Mr. Smith's supervised release be terminated.

RESPECTFULLY SUBMITTED,
THE DEFENDANT
KEITH SMITH

By /s/ Frank J. Riccio
FRANK J. RICCIO
LAW OFFICES OF FRANK J. RICCIO LLC
P.O. BOX 491
BRIDGEPORT CT 06601-0491
Fed Bar #CT00148
(203) 333-6135

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed, postage prepaid, on the 14th day of December, 2004 to the following:

U.S. Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604

Joseph Zampano, U.S. Probation Officer
U.S. Probation Department
915 Lafayette Blvd.
Bridgeport, CT 06604

FRANK J. RICCIO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Crim. No. 3:01CR00153(SRU)
                                  :
KEITH SMITH                       :

## ORDER REVOKING SUPERVISED RELEASE AND IMPOSITION OF SENTENCE

On May 28, 1999, the Honorable William J. Nealon, U.S. District Judge for the Middle District of Pennsylvania, sentenced the defendant to forty-eight (48) months prison to be followed by three (3) years supervised release for Possession With Intent to Distribute Cocaine Base, subject to standard and special conditions.

Jurisdiction of this case was transferred to the United States District Court for the District of Connecticut on June 13, 2001.

At a hearing before this court on August 9, 2002, the defendant was found to have violated three conditions of supervised release in that he tested positive for cocaine, provided false information about his employer while on home confinement and provided fraudulent paystubs.

It is hereby ordered that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a period of eighteen (18) months to be followed by a term of supervised release for three (3) years with the following special condition: (1)The defendant shall participate in a substance abuse treatment program, approved of by the probation officer, either inpatient or outpatient, which may include testing

to determine if the defendant has used drugs or alcohol. The defendant shall incur costs associated with such treatment based on ability to pay as determined by the probation officer.

So ordered.

Dated at Bridgeport, Connecticut this 19th day of August 2002.

_____
Stefan R. Underhill
United States District Judge